UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jason Porter-Frederick ANDERSON,<br><br>Defendant. | Magistrate Docket No. '21 MJ4612<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1324(a)(1)(A)(i) Attempted Bringing In Illegal Aliens At Other Than Port Of Entry |

The undersigned complainant being, duly sworn, states:

On or about November 28, 2021, within the Southern District of California, defendant Jason Porter-Frederick ANDERSON, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely Pedro CAYETANO-Santos, Gustavo JACINTO-De Jesus and Juaquin LOPEZ-Ramirez, had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(l)(A)(i).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON NOVEMBER 29, 2021

HON. BERNARD G. SKOMAL
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Jason Porter-Frederick ANDERSON

### PROBABLE CAUSE STATEMENT

The complainant states that Pedro CAYETANO-Santos, Gustavo JACINTO-De Jesus and Juaquin LOPEZ-Ramirez, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On November 28, 2021, Marine Interdiction Agents (MIA) P. Wiedenmayer, D. Lujan, and M. Gable were conducting their assigned duties as commander and crewmembers in the San Diego Bay. At approximately 7:00 PM, Agents Wiedenmayer, Lujan and Gable observed two visible individuals near the cockpit of a sailboat, bearing the name Patagonia, in the San Diego Bay. Agents Wiedenmayer, Lujan and Gable proceeded to conduct a 1581 document check on the sailboat. The Agents got behind the sailboat and activated their emergency lights and identified themselves as MIA.

The sailboat operator stated they were coming in from Mission Bay and were heading to Driscoll's Marina to have work completed on the sailboat. Agent Wiedenmayer noticed inconsistencies in the operator's answers and the crewman, the defendant, later identified as Jason Porter-Frederick ANDERSON. The Agents instructed the operator and ANDERSON move the sailboat to the Customs Dock on Shelter Island to conduct a thorough document check and boarding of the vessel. While approaching the dock, ANDERSON jumped off the sailboat and began attempting to tie a line to the dock. As soon as the line was loosely attached to a cleat, the operator jumped off the boat onto the dock and both individuals began to abscond. Agent Lujan located ANDERSON attempting to enter the laundry room of Kona Kai Hotel. Agent Lujan detained ANDERSON and transported him back to the dock near the sailboat.

At the same time, Agent Gable boarded the sailboat and located six illegal aliens attempting to conceal themselves in the cabin of the sailboat. The operator of the sailboat was not located. Border Patrol Agent R. Drake, of the San Clemente Border Patrol Station, was requested to assist with a maritime smuggling event at the San Diego Harbor Police Dock on Shelter Island in San Diego, California. At approximately 9:15 PM, Agent Drake arrived at the San Diego Harbor Police Dock on Shelter Island in San Diego, California.

Agent Drake identified himself as a Border Patrol Agent and conducted an immigration inspection on all seven individuals. Six individuals, including material witnesses, Pedro

**CONTINUATION OF COMPLAINT:**
Jason Porter-Frederick ANDERSON

CAYETANO-Santos, Gustavo JACINTO-De Jesus, and Juaquin LOPEZ-Ramirez, stated that they are citizens of Mexico without any immigration documents allowing them to enter or remain in the United Sates legally. The seventh individual, the defendant, later identified as, Jason Porter-Frederick ANDERSON, stated he was a citizen of the United States. At approximately 9:30 PM, Agent Drake placed all seven individuals, including ANDERSON, CAYETANO, JACINTO, and LOPEZ, under arrest.

Material witnesses, Pedro CAYETANO-Santos, Gustavo JACINTO-De Jesus and Juaquin LOPEZ-Ramirez stated they are citizens of Mexico without any immigration documents that would allow them to enter or remain in the United States legally. LOPEZ stated that smuggling arrangements were made, and they had agreed to pay between $6,000 and $7,000 USD to be smuggled into the United States. CAYETANO, JACINTO and LOPEZ were presented with a photographic line-up. LOPEZ was the only one able to identify the defendant ANDERSON as one of the drivers of the vessel. CAYETANO and JACINTO stated that they boarded a panga style vessel and after some time in the ocean, they boarded a yacht or pleasure craft. CAYETANO stated that there were approximately six individuals, including himself in the lower cabin of the vessel.